Michael A. WHITE, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 79324.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 23, 2001.

Irene C. Karns, Asst. Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before SHERRI B. SULLIVAN, P.J., LAWRENCE G. CRAHAN, J., and LAWRENCE E. MOONEY, J.

*ORDER*

PER CURIAM.

Appellant, Michael White, appeals the judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. He contends his plea attorney provided ineffective assistance by failing to file a motion to suppress. Having reviewed the briefs of the parties and the record on appeal, we conclude the motion court did not clearly err. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided the parties a memorandum opinion setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

Montez L. RILEY, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 78946.

Missouri Court of Appeals,
Eastern District,
Division Two.

Oct. 23, 2001.

Lisa M. Stroup, Asst. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before MARY R. RUSSELL, P.J., ROBERT G. DOWD, JR. and MARY K. HOFF, JJ.

*ORDER*

PER CURIAM.

Montez Riley appeals from the denial of his Rule 29.15 motion for post-conviction relief. The judgment of the motion court is based on findings of fact and conclusions of law that are not clearly erroneous. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).